**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Jacob Krippelz Sr

                Plaintiff,

v.                                                   Case No.: 1:98−cv−02361
                                                   Honorable James B. Zagel

Ford Motor Company

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 12, 2008:

      MINUTE entry before the Honorable James B. Zagel:Jury trial held and completed on 12/12/2008. Enter jury verdict in favor of plaintiff and against defendant on the claim of invalidity. Damages in the amount of $23,000,000.00 is awarded in favor of plaintiff and against defendant Ford Motor Company.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.