IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(EASTERN DIVISION)

| | |
|---|---|
| JACOB KRIPPELZ, SR., ) | Civil Action No. 98C 2361 |
| ) | |
| PLAINTIFF, ) | |
| ) | Judge James B. Zagel |
| v. ) | |
| ) | Presiding Magistrate Judge |
| FORD MOTOR COMPANY, ) | Sidney I. Schenkier |
| ) | |
| DEFENDANT. ) | |
| ) | DEMAND FOR JURY TRIAL |

## KRIPPELZ'S MOTION FOR ENTRY OF JUDGMENT

NOW COMES Plaintiff Jacob Krippelz, Sr., by and through his attorneys, and requests this Court to enter judgment including the reasonable royalty awarded by the jury, a reasonable royalty for additional sales of infringing devices, the enhanced damages awarded by the Court, prejudgment interest through the date of entry of judgment, postjudgment interest, and costs, and award any other such relief the Court may deem appropriate.

JACOB KRIPPELZ, SR.

Dated: January 21, 2010          By: /s/ Martha M. Pacold
                                      Martha M. Pacold

| | |
|---|---|
| Mark E. Ferguson, Esq. #6185448 | James D. Ryndak, Esq. #2435942 |
| Adam K. Mortara, Esq. #6282004 | Mark K. Suri, Esq. #6199636 |
| Hamilton H. Hill, Esq. #6275123 | Eric H. Weimers, Esq. #6205977 |
| Martha M. Pacold, Esq. #6280760 | **RYNDAK & SURI LLP** |
| **BARTLIT BECK HERMAN PALENCHAR &** | 200 West Madison Street |
| **SCOTT LLP** | Suite 2100 |
| Courthouse Place | Chicago, Illinois 60606 |

54 West Hubbard Street, Suite 300  Tel: (312) 214-7770
Chicago, Illinois 60654  Fax: (312) 214-7715
Tel: (312) 494-4400
Fax: (312) 494-4440  *Attorneys for Plaintiff Jacob Krippelz, Sr.*

## CERTIFICATE OF SERVICE

    I, Martha M. Pacold, an attorney, certify that a true and correct copy of the foregoing document entitled **KRIPPELZ'S MOTION FOR ENTRY OF JUDGMENT** was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF System on January 21, 2010.

    By:   <u>/s/ Martha M. Pacold</u>
            Martha M. Pacold