# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_____

| | |
|---|---|
| JACOB KRIPPELZ, SR., | ) |
| *Plaintiff*, | ) |
| vs. | ) CASE NO. **98 C 2361** |
| | ) HONORABLE **JAMES B. ZAGEL** |
| FORD MOTOR COMPANY, | ) |
| *Defendant.* | ) |

## FORD MOTOR COMPANY'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Pursuant to Fed. R. Civ. P. 50(b), Ford Motor Company renews its Motion for Judgment as a Matter of Law on the validity of Krippelz's patent because no reasonable jury could sustain the validity of claim 2 based on the evidence presented. The grounds for this motion are set forth more fully in the accompanying brief.

Respectfully submitted,

By: /s/ Thomas A. Lewry
 THOMAS A. LEWRY
 FRANK A. ANGILERI
 JOHN S. Le ROY
 DANIEL M. STOCK
 **BROOKS KUSHMAN P.C.**
 1000 Town Center, 22nd Floor
 Southfield, Michigan 48075-1238
 Tel: (248) 358-4400; Fax: (248) 358-3351
 Email: tlewry@brookskushman.com
 fangileri@brookskushman.com
 jleroy@brookskushman.com
 dstock@brookskushman.com

Date: **March 5, 2010** *Attorneys for Defendant*



**LOCAL COUNSEL:**

ALFRED M. SWANSON, JR.
GREENE & LETTS
111 West Washington, Suite 1650
Chicago, Illinois 60602
Tel: (312) 346-1100
Fax: (312) 346-4571



**CERTIFICATE OF ELECTRONIC SERVICE**

       I hereby certify that on March 5, 2010, I electronically filed the foregoing document with the Clerk of the Court for the Eastern District of Illinois using the CM/ECF System which will send notification to all registered participants of the CM/ECF System as listed on the Court's Notice of Electronic Filing.

       I also certify that I have mailed by United States Postal Service the paper to the following non-participants in the ECF System:

    Mark Edward Ferguson
    Bartlit Beck Herman Palenchar & Scott
    54 West Hubbard Street, Suite 300
    Chicago, IL  60610

                        Respectfully submitted,


                        By:   /s/ Thomas A. Lewry
                            THOMAS A. LEWRY
                            FRANK A. ANGILERI
                            JOHN S. Le ROY
                            DANIEL M. STOCK
                            **BROOKS KUSHMAN P.C.**
                            1000 Town Center, 22nd Floor
                            Southfield, Michigan 48075-1238

